**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> Anthony L Anderson <br><br> Debtor(s) | Case No. 11 B 49406 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2011.

2) The plan was confirmed on 02/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/05/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/27/2013, 04/17/2014.

5) The case was Converted on 06/03/2014.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,900.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,900.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $306.59 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,106.59** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 180.10 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 1,415.65 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 4,796.01 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 272.11 | 217.69 | 217.69 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 450.88 | 702.23 | 702.23 | 0.00 | 0.00 |
| Bank Of America | Unsecured | 426.70 | NA | NA | 0.00 | 0.00 |
| CCS Gray Ops Center | Unsecured | 2,362.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 363.65 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 363.65 | 390.00 | 390.00 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Of Massachusett | Unsecured | 1,442.34 | NA | NA | 0.00 | 0.00 |
| Dane Kantner/Brian Johnson | Secured | 2,000.00 | 3,290.00 | 2,000.00 | 2,000.00 | 0.00 |
| Dane Kantner/Brian Johnson | Unsecured | NA | 1,290.00 | 1,290.00 | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 272.11 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage LLC | Unsecured | 426.75 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | 7,700.00 | 7,700.00 | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | NA | 307.93 | 307.93 | 0.00 | 0.00 |
| Illinois Title Loans | Secured | 685.00 | 992.93 | 685.00 | 685.00 | 0.00 |
| Internal Revenue Service | Priority | 2,378.26 | 2,387.39 | 2,387.39 | 1,108.41 | 0.00 |
| Internal Revenue Service | Unsecured | 14,432.17 | 15,266.16 | 15,266.16 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 4,405.67 | NA | NA | 0.00 | 0.00 |
| Massachusetts Dept Of Revenue | Unsecured | NA | 1,537.87 | 1,537.87 | 0.00 | 0.00 |
| Massachusetts Dept Of Revenue | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Pay Day Loan Store Of Illinois | Unsecured | 2,377.83 | NA | NA | 0.00 | 0.00 |
| Pay Day Loan Store Of Illinois | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 175.00 | 860.44 | 860.44 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Energy Corp | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,446.00 | 1,446.73 | 1,446.73 | 0.00 | 0.00 |
| Premier | Unsecured | 506.47 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 506.00 | 506.47 | 506.47 | 0.00 | 0.00 |
| PYOD | Unsecured | 2,828.41 | 2,828.41 | 2,828.41 | 0.00 | 0.00 |
| Rent A Center | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,091.74 | 2,126.81 | 2,126.81 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,014.86 | 1,014.86 | 0.00 | 0.00 |
| Robert J Adams & Associates | Priority | 3,508.00 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| St Bernard Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 152.29 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 187.29 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,685.00 | $2,685.00 | $0.00 |
| **TOTAL SECURED:** | **$2,685.00** | **$2,685.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,387.39 | $1,108.41 | $0.00 |
| **TOTAL PRIORITY:** | **$2,387.39** | **$1,108.41** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,195.60** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,106.59 |
| Disbursements to Creditors | $3,793.41 |
| **TOTAL DISBURSEMENTS**: | **$6,900.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/19/2014                             By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**